# EXHIBIT 1

 CT Corporation

**Service of Process Transmittal**
04/23/2013
CT Log Number 522582744

**TO:**   Clark Elwood
ITT Educational Services, Inc.
13000 North Meridian Street
Carmel, IN 46032-1404

**RE:**   **Process Served in Texas**

**FOR:**   ITT Educational Services, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Derek Holloway, Pltf. vs. ITT Educational Services, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Original Petition |
| **COURT/AGENCY:** | 125th Judicial District Court Harris County, TX<br>Case # 201320400 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - Wrongful termination of employment on basis of disability |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/23/2013 at 10:45 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days |
| **ATTORNEY(S) / SENDER(S):** | Craig R. Keener<br>Craig R. Keener, P.C.<br>1005 Heights Boulevard<br>Houston, TX 77008<br>713-529-0048 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/23/2013, Expected Purge Date: 04/28/2013<br>Image SOP<br>Email Notification, Clark Elwood celwood@ittesi.com<br>Email Notification, Jodi Fague jfague@itt-tech.edu<br>Email Notification, Jill Jones jjones@ittesi.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>Amber Carrouth<br>350 North St Paul Street<br>Suite 2900<br>Dallas, TX 75201<br>214-932-3601 |

Page 1 of  1 / LB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

RECEIPT NUMBER   18887          0.00
TRACKING NUMBER   72892993        ATY

CAUSE NUMBER     201320400

| | |
|---|---|
| **PLAINTIFF:** HOLLOWAY, DEREK<br>**vs.**<br>**DEFENDANT:** ITT EDUCATIONAL SERVICES INC (D/B/A ITT TECHNICAL | In The   125th<br>Judicial District Court of<br>Harris County, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: ITT EDUCATIONAL SERVICES INC (D/B/A ITT TECHNICAL INSTITUTE) BY
    SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM

    350 N ST PAUL STREET SUITE 2900  DALLAS TX 752014234

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the _____5th_____ day of _____April_____, 20__13__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___8th___ day of
_____April_____, 20__13__.

*Chris Daniel*

Issued at request of:
KEENER, CRAIG ROCKWELL
1005 HEIGHTS BLVD
HOUSTON, TX 77008
Tel: (713) 529-0048
Bar Number:  11167875

**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Generated by: WILLRICH, DAUNSHAE N    9T7/C97/9540

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ____.M., endorsed

the date of delivery thereon, and executed it at _____,

                                                (street address)                              (city)

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ____. M.,

by delivering to _____, by delivering to its

                    (the defendant corporation named in citation)

_____, in person, whose  name is _____
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,

                                              (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____

                                    (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____                    By: _____

                                          (signature of officer)

                              Printed Name: _____

                              As Deputy for: _____

Affiant Other Than Officer _____              (printed name or title of sheriff or constable)

On this day, _____, known to me to be the person whose signature

appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was

executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____

N.INT.OTC.P

**THIS PROCESS WAS DELIVERED
AT _____ O'CLOCK**

**THIS __2/__ DAY OF APRIL 2013**

**CONSTABLE, PRECINCT 1
DALLAS COUNTY, TEXAS**

**BY _____
DEPUTY**



CAUSE NO. 2013 20400   Time: _____

DEREK HOLLOWAY                           §        IN THE DISTRICT COURT OF
    Plaintiff,                           §
                                         §
VS.                                      §        HARRIS COUNTY, TEXAS
                                         §
ITT EDUCATIONAL SERVICES, INC.           §
D/B/A ITT TECHNICAL INSTITUTE            §
    Defendant.                           §        125 JUDICIAL DISTRICT

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Derek Holloway, files this original petition against ITT Educational Services, Inc.

doing business as ITT Technical Institute ("ITT") for discriminating against him because he was

disabled, was regarded as being disabled and had a record of being disabled.  This case will be

controlled by Discovery Plan Level Two (2) as required by TEX. R. CIV. P. 190.

## PARTIES, RESIDENCE AND SERVICE

Plaintiff, Derek Holloway is a resident of Harris County, Texas.

Defendant, ITT, is a Delaware corporation doing business in Texas.  ITT can be served by

serving its registered agent, CT Corporation System at 350 N. St. Paul Street, Suite 2900, Dallas,

Texas 75201-4234.

## JURISDICTION AND VENUE

The amount in controversy is within the jurisdictional limits of this Honorable Court.

Because the incidents which form the basis of this petition occurred in Harris County, Texas, venue

is proper in this Court.  TEX. CIV. PRAC. & REM. CODE § 15.002.

-1-

## FACTS

Derek Holloway worked for ITT as an Educational Recruiter beginning in July of 2009. On October 15, 2012, he was diagnosed with prostate cancer. On October 22, 2012, he went on disability leave so that he could undergo extensive radiation treatments to fight his cancer. His direct supervisor, Steven Lee, and the school director, Cathy Clark, were both aware of his cancer diagnosis, treatment, and need for a disability leave. Despite this fact, they decided to terminate Derek Holloway's services while he was on disability leave. Derek Holloway was terminated on October 30, 2012.

## CONDITIONS PRECEDENT

All conditions precedent necessary to filing suit and recovering from ITT have been performed or have occurred. Derek Holloway has fulfilled all administrative prerequisites to initiating this lawsuit. Within 180 days of discovering the discriminatory conduct of Defendant, Derek Holloway filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Texas Workforce Commission-Human Rights Division ("TWC"). The TWC has issued Derek Holloway a Notice of Right to File a Civil Action, and suit is being filed within 60 days of receipt of that letter.

## VIOLATION OF THE TCHRA

Defendant's actions constitute violations of the Texas Commission on Human Rights Act ("TCHRA") against discriminatory employment practices based upon a person's disability. TEX. LAB. CODE § 21.051. The acts of Defendant constitute discrimination against Plaintiff in the compensation, terms, conditions and privileges of his employment based upon Derek Holloway being disabled, being regarded as disabled and having a record of being disabled. This

-2-

discrimination is the cause of both economic and compensatory damages suffered by Derek Holloway.

## DAMAGES

Derek Holloway is now suffering and will continue to suffer injury and monetary damages as a result of Defendant's discriminatory practices unless this Court grants relief. Specifically, Derek Holloway has suffered damages in the form of back pay, front pay, lost benefits, and compensatory damages. Derek Holloway seeks reinstatement to his position with ITT. Derek Holloway also seeks punitive damages for ITT's malicious conduct toward him.

## ATTORNEY'S FEES

It has become necessary for Derek Holloway to retain the undersigned to pursue his case, and he seeks to recover attorney's fees and expert fees as permitted under Chapter 21 of the Texas Labor Code.

## CONCLUSION AND PRAYER

Plaintiff, Derek Holloway, requests that Defendant, ITT Educational Services, Inc. doing business as ITT Technical Institute, be cited to appear and answer, and that after final hearing on this matter, Plaintiff have judgment against Defendant for all actual damages outlined above, reinstatement, punitive damages, attorney's fees, prejudgment and post-judgment interest at the

highest rates allowed by law, costs of court, and all other relief, both general and special, legal and equitable, to which Plaintiff is entitled.

Respectfully submitted,

Craig R. Keener, P.C.

By: Craig R. Keener
State Bar No. 11167875
1005 Heights Boulevard
Houston, Texas 77008
(713) 529-0048 Telephone
(713) 529-2498 Facsimile

ATTORNEY FOR PLAINTIFF
DEREK HOLLOWAY

-4-