IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEREK HOLLOWAY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-1317 |
| ITT EDUCATIONAL SERVICES, INC., | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order denying plaintiff's motion for entry of default judgment and granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 28th day of August, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE